UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22918-CIV-JORDAN

| | |
|---|---|
| HARRY W. ROBERTS | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| G. PICHARDO, et al. | ) ) |
| Defendants. | ) ) |
| _____ | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Mr. Roberts has filed an amended complaint in Case No. 09-22167-CIV-MOORE, as required by Magistrate Judge White. Given that Case No. 09-22167-CIV-MOORE is now proceeding, I adopt the report and recommendation [D.E. 16] following de novo review, and DISMISS THIS CASE WITHOUT PREJUDICE as duplicative of Case No. 09-22167-CIV-MOORE.

This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of February, 2010.

_____
Adalberto Jordan
United States District Judge

cc:    Magistrate Judge White
       All counsel of record

       Harry Roberts, pro se
       DC #058663
       Florida State Prison
       7819 N.W. 228th Street
       Raiford, FL 32026